# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Amir Rahimi

                                                  **CIVIL NUMBER:  4:25-cv-00491-RGE-WPK**

            Petitioner,

v.                                              **JUDGMENT IN A CIVIL CASE**

Williams et al

            Respondent,

☑ **DECISION BY COURT**.  This action came before the Court.  The matter has been fully submitted and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Judgment entered in favor of petitioner against respondents. Case closed.

Date: January 23, 2026

                                      CLERK, U.S. DISTRICT COURT

                                  /s/ B.German
                                  _____

                                  By: Deputy Clerk